STATE, PLAINTIFF IN ERROR, v. MORRIS RUDNER, DEFENDANT IN ERROR.

Argued November 27, 1918—Decided March 3, 1919.

On error to the Supreme Court, whose opinion is reported in 92 *N. J. L.* 20.

For the plaintiff in error, *A. Dayton Oliphant* and *Martin P. Devlin.*

For the defendant in error, *Harry Heher, Aaron V. Dawes* and *John A. Montgomery.*

PER CURIAM.

The judgment of the Supreme Court is affirmed, for the reasons stated in the opinion of the Chief Justice. The supplement thereto by our opinion just filed in *State* v. *Levin* (*ante p.* 553) is applicable also to the present case.

(For dissenting opinion by the Chancellor, see *ante p.* 555.)

*For affirmance*—SWAYZE, TRENCHARD, BERGEN, MINTURN, BLACK, HEPPENHEIMER, TAYLOR, GARDNER, JJ. 8.

*For reversal*—THE CHANCELLOR, WHITE, WILLIAMS, JJ. 3.